# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

    v. : Crim. No. 12-200 (JLL)

FRANK COURTNEY HYLTON : **ORDER**

The Court, having considered Defendant's Appeal of Magistrate Judge's Denial of Reasonable Bail dated April 13, 2012, IT IS hereby **ORDERED** on this __8__ day of May, 2012 that:

Defendant's motion for bail was properly denied. Defendant has prior convictions for drug offenses and illegally re-entering the United States after being deported. Additionally, Defendant has an immigration detainer currently in place, and is currently awaiting sentencing on the instant charges. The combination of these facts presents a significant flight risk. Accordingly, Defendant's appeal is **DENIED**.

 

HON. JOSE L. LINARES
United States District Judge